# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

June 14, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:   07-60858              Brenda A. Bonner

To Whom It May Concern:

6/17/11  m

Enclosed please find check #922734 in the amount of $459.36. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.          4

    Account#           20-0051-0139414

    Creditor           Citifinancial, Inc.
                        POB 220745
                        Charlotte, NC 28222

2011 JUN 17 AM 11:47
CLERK OF THE BANKRUPTCY COURT
N.D. OF NY
UTICA
RECEIVED

**FILED**
JUN 17 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli

Receipt # 61100301